IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-400-D

COLORADO BANKERS LIFE                    )
INSURANCE COMPANY,                       )
                                         )
                        Plaintiff,       )
                                         )
            v.                           )          **ORDER**
                                         )
EPHESUS ASSET MANAGEMENT, LLC,           )
et al.,                                  )
                                         )
                        Defendants.      )

The court has reviewed the record and the governing law. After considering plaintiff's

motion to consolidate [D.E. 24], and plaintiff/counter-defendant's partial motion to dismiss the

second and third counterclaims [D.E. 20], the motions are DENIED as meritless. Whether the

counterclaims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 20 day of July 2021.


JAMES C. DEVER III
United States District Judge